ORDERED UNSEALED on **5/4/2023**      **s/ Alexandra**

SEALED

s/ AlexandraSudan

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| ALEJANDRO ANGUIANO aka "ALEX", | ) |
| RAMON ANGUIANO JIMENEZ, | ) |
| CRISTINA GUTIERREZ, and | ) |
| ARTURO VALLE JR., | ) |
| Defendants. | ) |

Case No. '23  MJ1341  MSB

COMPLAINT FOR VIOLATION OF:

Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(I) – Conspiracy to Transport Certain Aliens

The undersigned complainant, being duly sworn, states:

COUNT 1

Beginning at a date unknown and continuing up to and including a date unknown, within the Southern District of California, and elsewhere, defendants ALEJANDRO ANGUIANO, RAMON ANGUIANO JIMENEZ, CRISTINA GUTIERREZ , AND ARTURO VALLE JR, with the intent to violate the immigration laws of the United States, did knowingly and intentionally conspire with other persons known and unknown, to transport and move illegal aliens within the United States, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(I).

//
//
//
//

1

The complainant states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

*Katelyn Thompson*
_____
Special Agent Katelyn Thompson
Naval Criminal Investigative Service


Sworn and attested to under oath by telephone, in accordance with the Federal Rule of Criminal Procedure 4.1, this 12th day of April 2023.

_____
The Honorable Michael S. Berg
United States Magistrate Judge

UNITED STATES OF AMERICA

     v.

ALEJANDRO ANGUIANO et al.

## STATEMENT OF PROBABLE CAUSE

I, Special Agent Katelyn Thompson, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief.

### A.    Agent Background

I am a Special Agent with the Naval Criminal Investigative Service ("NCIS"). I am an investigator and law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I am empowered by law to conduct investigations of, and make arrests for, the federal felony offenses enumerated in Title 18, United States Code, Section 2516.

I have been employed as a Special Agent ("SA") of the NCIS since June of 2017, and currently am assigned to the NCIS Resident Agency Camp Pendleton, CA General Crimes Squad. Previously, I was a Border Patrol Agent assigned to Calexico, CA with the Department of Homeland Security (DHS) from 2015 to 2017 and a Transportation Security Officer assigned to San Diego, CA with DHS from 2014 to 2015. I have attended multiple Federal Law Enforcement academies, to include the Federal Law Enforcement Training Centers (FLETC) located in Glynco, GA, where I received instruction in criminal and constitutional law, crime scene processing, interviews, and interrogations. I am also a graduate of FLETC located in Artesia, NM, where I received instruction in not only criminal and constitutional law, but also immigration law. I am a graduate of the University of North Alabama's Criminal Justice program, obtaining a Bachelor of Science degree in Criminal Justice and a minor in Security and Emergency Management, Cum Laude.

In the last approximately six years I have been with NCIS, I have worked multiple human smuggling, narcotics, firearms trafficking, and other complex cases. During my tenure in Law Enforcement, I have also participated in the execution of multiple search warrants

relating to violations of federal, state, and military laws and have received training regarding the collection and preservation of evidence.

Additionally, I have participated in the debriefing of defendants and informants who had personal knowledge regarding major smuggling organizations, including cartels based in Mexico. I have also conducted and participated in many aspects of human smuggling investigations, including the conduct of surveillance.

Through investigations, my training and experience, and conversations with other law enforcement officers experienced with alien smuggling investigations, I have become familiar with the methods used by individuals involved in human smuggling to plan, coordinate, and execute a human smuggling event. I know that human smuggling organizations have developed a number of methods to insulate their illegal activities from law enforcement detection. For instance, I know that members of human smuggling organizations routinely utilize firearms to keep Illegal Aliens (IAs) from being stolen from one human smuggling organization by another. I also know that human smuggling organizations utilize firearms to intimidate IAs from running away from the drivers who are recruited to pick them up after they have reached a specific destination. I know, at times, the IAs run away from their smugglers in an attempt to not pay the prearranged smuggling fee. I have also learned smuggling organizations can vary in the number of co-conspirators, operating structure, financial structure, areas of operation, and nationality of the aliens the organization smuggles. Smuggling operations can be as small as an individual operating independently or as large as an organization. The individual or organization provides a guide, transportation, and temporary housing for aliens at points along the journey and/or once they arrive in the United States. Larger smuggling organizations typically have a head of the organization for oversight; recruiters who are responsible for identifying aliens seeking to be smuggled into the United States; guides (aka coyotes) who are responsible for leading IAs across the border; transporters (aka drivers) who transport aliens to drop houses; facilitators who are often United States citizens or lawful permanent residents who assist IAs, by providing phones, false

documents for employment, arranging housing and transportation, and by collecting smuggling fees using various money service businesses. I have also learned individuals involved in human smuggling sometimes keep at their residence or stash locations firearms and ammunition; such items may be used to protect the location and participants in the illegal activities and/or to collect smuggling fees.

I know that members of human smuggling organizations routinely utilize electronic communication facilities, including cellular telephones and mobile messaging applications to include, but not limited to, Instagram and WhatsApp, to communicate operational directives and information concerning the conduct of the organization's illegal activities to other organization members; that organization member(s) routinely use coded references in an effort to avoid law enforcement detection; and that the communication of time-sensitive information is critical to the successful conduct of these organizations' illegal activities. I am also familiar with human smugglers' use of prepaid cellular and cellular phones, Snapchat accounts, normal landline phones, public phones, debit calling cards, counter-surveillance, and the use of false and/or fictitious identities.

I am also familiar with the sophisticated methods that human smuggling organizations use to avoid detection by law enforcement, such as the use of multiple cellphones, pre-paid calling cards, counter-surveillance measures, established relationships with legitimate businesses to hide IAs and launder human smuggling proceeds, vehicles with concealed compartments, false or fictitious identities, and coded and/or vague communications and conversations over cellphones, including text messages. I am aware that human smugglers drop or switch telephones and/or telephone numbers frequently to thwart law enforcement investigations of their criminal activities.

The facts set forth in this Complaint are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel, including those experienced with investigating alien smuggling, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest

warrants and the Compliant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

**B.    Summary**

This statement of probable cause supports the arrests of Alejandro Anguiano (herein Alex), Ramon Anguiano Jimenez (herein R. Anguiano), Cristina Gutierrez (herein Gutierrez), and Arturo Valle Jr. (herein Valle), on conspiracy to transport certain aliens, in violation of Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(I).  In summary, prior to July 19, 2022, Alex, Valle, and others coordinated together to get a van ready, including by making it look like an "Amazon" branded van, to help facilitate the transportation of illegal aliens (herein IAs) within the United States. On July 19, 2022, one of the drivers of the van, W-3, was arrested for transporting illegal aliens for financial gain. Inside of the van, were five IAs. Evidence, including social media messages, pole camera footage, and interviews, shows that Alex's family members, R. Anguiano and Gutierrez, assist Alex in his alien smuggling ventures by receiving IAs in their house, having the IAs leave their house in exchange for money, and paying others for their participation in the transportation of IAs.

**C.    Facts Supporting Probable Cause**

*1.    Identification of a Promaster Van that was Later Used in Smuggling Event*

On May 29, 2022, Witness 12 (W-12) and Witness 13 (W-13) were arrested by the Border Patrol for transporting seven IAs within the United States. During a post-*Miranda* interview, W-12 stated that before the smuggling event, he and W-13 were contacted by "Patron." "Patron" said to drive to pick up twenty handheld radios. W-12 further explained that "Patron" instructed him to keep the handheld radio labeled #12. W-12 mentioned that he would receive instructions pertaining to the smuggling event via the handheld radio, phone calls, and text messages.

W-12 explained that the remaining handheld radios were delivered to an unknown subject who drove a white Dodge Cargo van with a CA license plate at the Viejas Casino

parking lot. W-12 stated he could not recollect the full license plate but remembered the last three digits were "1F3".

In a post-*Miranda* interview at approximately 10:48 p.m., W-13 stated that he was introduced to the smuggling job by a guy named "spooky."[1] W-13 stated that he had made several attempts to smuggle in the Campo, CA area but was only successful once when he took the IAs to Los Angeles, CA, and was paid $3,000. After signing a form giving the agents consent to search W-13's phone, agents saw numerous messages regarding human smuggling. Within the conversations, numerous vehicles were mentioned as being involved in human smuggling operations. One of the vehicles that was discussed was a white ram van bearing CA plate 99931F3.

Records checks revealed CA license plate 99931F3 was a 2017 white Ram Promaster cargo van registered to Zip Delivery Services or Julio Noe Ramos at PO Box 2147 Garden, California. On July 11, 2022, the Promaster was reported stolen by Julio Ramos.

> ## 2. *W-3 was Arrested Transporting Five IAs in the Promaster Van Near Alex's Dad's House, and one of the IAs indicated Alex was Coordinating*

On July 19, 2022, at approximately 6:20 PM, the Los Angeles Sheriff's Department Compton encountered the aforementioned Promaster van wrapped as an Amazon van, near 1420 North McKinley Ave, Los Angeles, CA. Through additional investigation agents determined that 1420 North McKinley Ave is approximately .1 miles from 730 E 138th Street, Los Angeles, CA 90059, which is believed to be the[2] home of Alex's family members R. Anguiano, Luxximena Anguiano (L. Anguiano), and Gutierrez.

---

[1] "Spooky" is an unidentified individual.
[2] Commercial database queries and property deed information revealed, as of January 22, 2022, R. Anguiano is the sole owner of the house 730 E 138th St, Los Angeles, CA. The house was previously owned by R. Anguiano and his wife, Gutierrez.



Based on my conversations with HSI Special Agent Ryan McMullen I understand the following:

a.    On July 19, 2022, at 6:15 p.m., in Compton, CA, Los Angeles Sheriff's Department ("LASD"), Deputy V. Dingillo was on patrol when she conducted a records check of an Amazon utility van driving in front of her. The records check indicated that the van had been reported stolen. LASD Deputy Dingillo initiated a traffic stop of the van and ordered the driver, W-3, and all the passengers out of the van, pending a stolen vehicle investigation.

b.    According to HSI McMullen, LASD subsequently contacted HSI – Los Angeles, CA, regarding the recovered stolen van and five possible undocumented noncitizens hiding in the rear cargo area of the vehicle.

c.    HSI SAs Dwight Min, Erin Herrgott, and Robert Miyakawa responded to the LASD Compton Station, where the van's occupants were transported to, and asked the five passengers for their identification documents. The only documents provided to HSI SAs were Mexican voter identification documents. HSI SAs requested database records checks utilizing HSI resources and were advised that the following five passengers were citizens and nationals of Mexico: Witness 5 (W-5); Witness 6 (W-6); Witness 7 (W-7); Witness 8 (W-8); and Witness 9 (W-9). HSI SA's also learned that W-5, W-6, W-7, W-8, and W-9 had entered illegally.

On January 18, 2023, Supervisory Border Patrol Agent (SBPA) Juan Avalos, SBPA Steve Vargas, Border Patrol Agent (BPA) Benjamin Moretti, HSI SA Ryan McMullen, and I

interviewed W-5 in the presence of his attorney. During the interview, W-5 provided the following information:

a.      W-5 stated his cousin helped him be smuggled into the United States by making the arrangements with a man named "Ricardo" before departing his hometown in Guerrero, Mexico. W-5 said that on June 21, 2022, he traveled from Guerrero, Mexico, to Tijuana, Mexico, where he stayed with a cousin.

b.      W-5 stated the initial smuggling arrangement was for him to be smuggled and delivered to his cousin in Washington state for a fee of $15,000 USD. W-5 explained that during his smuggling attempts, he stayed at an apartment in Tijuana, Mexico.

c.      W-5 stated prior to this apprehension on July 19, 2022, in the "Amazon" van, he had a total of three smuggling attempts where Border Patrol arrested him. According to queries in DHS databases, W-5 was encountered illegally in the United States on July 4, 2022, July 8, 2022, and July 16, 2022, all within the San Diego Sector area of responsibility.

d.      W-5 stated on the day he was arrested, July 19, 2022; he was picked up from the apartment in Tijuana, Mexico, and taken to the border in a vehicle. W-5 said the driver of the vehicle and all members of the smuggling organization wore facemasks and never said their names. W-5 stated that upon reaching the border, there were several more smugglers and 20 or more IAs.  W-5 explained that the whole smuggling operation was very organized, and different members had different roles.

e.      W-5 stated the IAs were broken up in groups of five and sent on different routes at the same time and in proximity of each other. W-5 explained how he was able to observe how the other groups were apprehended by the Border Patrol, but his group was able to crawl away and avoid being found. W-5 stated he was told that the plan was for all of the groups to meet and load into the same vehicle. W-5 stated they walked for approximately 20 minutes, and after crawling to a dirt road; they waited for a couple of hours. W-5 stated they were informed that a blue van with letters on the side would pick them up. After waiting for two

hours, a van did in fact, back up to their location. W-5 stated that the driver exited the van and opened the back door for his group to enter it.

       f.      W-5 stated in total five of them loaded into the van.   W-5 could not identify the driver and said he was a young male with long curly hair. W-5 stated they were all lying on the van floor with their faces down. W-5 was asked if he remembered what the letters on the van said and he stated, "Amazon."

       g.      W-5 stated once they were on the highway, W-5 received a call from a man who claimed to be named "Alex."[3] According to W-5, Alex requested the names of the IAs in the van with him and who they "belong to." W-5 said the person on the phone told him all of the people (IAs) were supposed to be delivered to one house. According to W-5, he was told they would all go to the same house, and then "they" would contact the families to determine where they would be picked up or taken. W-5 said he sent the names of the individuals in the van to the phone number that called him (phone number ending in 2924).

       h.      When agents asked W-5 who "Alex" was, he stated he believed "Alex" was the one responsible for arranging transportation for him on the north side and collecting his smuggling fees. W-5 explained that while he was at the apartment in Tijuana, Mexico, they told him that he was one of "Alex's" IAs. W-5 also said that there was a ledger in the apartment where all the IAs who were staying there had to write their names and who they "belong to." W-5 stated, besides him, there was one other IA that wrote "Alex" next to his name.

### 3.    *Identification of Alex's Instagram Account and Phone Number*

On January 2, 2021, Border Patrol Agents (BPAs) assigned to the Campo Border Patrol Station arrested W-1 for attempting to smuggle three IAs within the United States. During a post-*Miranda* interview, W-1 provided the following information: W-1 stated that she and her friend met some boys at a club where they were working in downtown Los Angeles, CA. W-

---

[3] During an interview with W-5, he informed me and the Agents present, that "Alex" had phone number (52) (312) 299-2924. I know through this investigation that the aforementioned cellular phone number has been attributed to Alex's co-conspirator, Valle.

1 stated that one of the boy's names was Oscar Herrera, hereunto referred to as Herrera. W-1 described Herrera as a Hispanic male between the ages of 21-23 years old with dark features. W-1 showed BPA Robbins on her cell phone the phone number she had for Herrera.

W-1 stated Herrera was working with "Alex," who was the other boy she met at the club. W-1 stated she does not know Alex's last name, but she knows that he lives in Mexico and has the phone number of 523131194511. W-1 provided the Instagram username of activee.64 for Alex. Through additional investigation, agents determined that the Instagram username belongs to Alex.

W-1 believed Herrera worked for Alex and that Alex was the main boss. W-1 stated that on the date of her arrest, she posted on her Instagram that she was heading to Orange County, and Herrera called her on her cell phone asking her if she would pick up his uncle and a friend. W-1 stated that Herrera said he would give her gas money and a couple hundred extra dollars. W-1 said she figured it would be like Uber and did not know the people were illegal.

W-1 showed BPA Robbins the coordinates from her phone that Herrera sent her. Herrera told her to take the Buckman Springs Road exit off the Interstate 8 freeway and then take Hwy 94 east. W-1 stated she then turned onto a dirt road and when she got to the location of the coordinates, she saw three people come out of the "woodworks" and get into the back seat of her car.

W-1 stated she drove out the way she came in, and she started to "get sketched out" when the people in her back seat were crouching down. W-1 stated she thought, "What did these people just do?" W-1 said a few minutes later she saw Border Patrol behind her. BPA Robbins questioned W-1 as to why she ran from the Border Patrol Agent that tried to pull her over. W-1 stated she was scared to pull over because she was on a dirt road and did not know what to do. W-1 stated she then pulled over and yelled at the people in the back seat to get out of her car. W-1 stated that the people jumped out of her car and ran, and she kept going until she found a paved road.

On January 9, 2022, BPA Benjamin Moretti, BPA Eugene Wesley, SBPA Steve Vargas, and I conducted an interview with W-1 about her involvement with the individuals she previously mentioned during her post-*Miranda* statement (Alex and Herrera).

During the interview, W-1 admitted to a prior trip picking up a female in San Diego, CA, and transporting her to Los Angeles, CA. W-1 did not state an exact date of when this occurred, but said she had not been working with Alex and Herrera for more than two months. W-1 stated at the time she was unsure whether the female was an IA. However, in hindsight, she now believes the female may have been an IA. W-1 said she could not remember the date that Herrera asked her to pick the female up from a house in San Diego, CA, and transport the female to his apartment located in Los Angeles, CA. W-1 said she and her friend, picked up the female and transported her to Herrera's apartment. Nevertheless, when they arrived at Herrera's apartment, Herrera did not answer his phone. W-1 said despite attempting to contact Herrera for approximately two hours, he did not answer.

Therefore, W-1 contacted Alex via his Instagram username, activee.64. W-1 said she told Alex that Herrera was not answering his phone. In return, Alex told W-1 to take the female to Alex's dad's house, and that his dad would pay them. W-1 said she subsequently drove to Alex's dad's house, which she believed was located in Compton, CA. Through additional investigation, agents determined R. Anguiano, Alex's father, resides at 730 138th St. Los Angeles, CA, which is in or near the Compton, CA area).[4]

W-1 said upon arriving at Alex's dad's house, an older Hispanic male exited the house and walked to the front passenger side of the vehicle. W-1 said the female, whom she and her friend picked up and transported, got out of the vehicle and started walking to the front of the house. W-1 said the Hispanic male, who she believed to be Alex's dad, handed her friend approximately $500.00 USD, which she and her friend split ($250.00 USD each) for transporting the female from San Diego, CA to the house.

---

[4] Commercial database queries and property deed information revealed that, as of January 22, 2022, R. Anguiano is the sole owner of house at 730 E 138th St, Los Angeles, CA. The house was previously owned by R. Anguiano and his wife, Gutierrez.

During the interview, W-1 was provided two photographic lineups. W-1 positively identified Alex. Additionally, W-1 positively identified within the photographic lineup R. Anguiano as being the man who walked to the vehicle she was driving and paying her and her friend. Despite identifying both Alex and R. Anguiano, W-1 elected to not sign any of the lineup documents as she stated she was concerned for her safety.

### 4. *Discussion and Coordination of Alien Smuggling Over Instagram Between Alex and Valle, L. Anguiano, Gutierrez, and Others*

Alex frequently uses his Instagram account, activee.64, to talk with co-conspirators to plan IA transportation events.

Alex, using his activee.64 Instagram account, messaged his mom at her senorabonitaa Instagram account.[5] On or about March 5, 2022, Alex messaged his mom and said, "I crossed 35 ppl" and "today." Soon after Alex and Gutierrez exchange the following messages on Instagram:

> Gutierrez: I been feeding a lot
>
> Alex: I been up since 6
>
> Alex: My time
>
> Gutierrez: Ima give them coffee right now
>
> Alex: Ok
>
> Gutierrez: I feel like I've been working a lot today
>
> Gutierrez: Lol
>
> Gutierrez: Feeding them all taking the money counting etc.
>
> Alex: Yea
>
> Alex: Loading them and making sure they get home is the hard part

---

[5] Agents believe through the context of the conversations that the senorabonitaa account belongs to Alex's mom, Gutierrez. Specifically, because within the messages Alex calls senorabonitaa mom and she calls Alex son. Furthermore, an open source query of senorabonitaa on Instagram revealed a profile photograph of Gutierrez and the biographical section indicated "Cristina Gutierrez."

I further believe when Gutierrez said, "feeding them all taking the money counting etc." she was telling Alex what she was doing. However, I believe this message, also shows her role in the conspiracy—she feeds IAs, takes the money that is payment for the IAs smuggling fee, and counts the money.  When Alex said, "loading them and making sure they get home is the hard part," I believe "them" referred to IAs and "loading" them referred to IAs getting or "loading" into a vehicle to be transported within the United States. I further believe this message indicates that Alex helps to coordinate with others to facilitate the transportation of IAs.

Gutierrez's involvement with the money from aliens smuggling is also supported through messages between Alex and L. Anguiano. On July 6, 2021, Alex messaged "777ximenaa," which is believed to be used by his sister, L. Anguiano. Within the conversation, Alex asked, "How much money is at home ?" L. Anguiano responded, "Idk how much in total but 56,300 was dropped off last night." "My mom be dealing with the money." Based on my training and experience, I know that those smuggling aliens get paid, often in cash, for smuggling aliens. I believe "56,300" was referring to $56,300 in cash. I further believe that this was money that was dropped off the house at 730 E. 138th Street that was in connection to alien smuggling. Similarly, on October 17, 2021, Alex messaged an unidentified individual using the Instagram username "shitfaceleo" via Instagram. Alex asked, "can you take some of the money to my parents house please ??" Alex then said, "16,600." I believe Alex was asking the individual to take $16,600 to his parents' house. "Shitfaceleo" responded within the message thread, and eventually said, "bet send addy." I believe this message indicated that the individual was willing to take the money but asked Alex for the address of where to take the money.  Later, Alex sends the address, "730 e 138 st Los Angeles ca" and writes, "Just lmk when outside so I can call my pops." I believe these messages are telling the individual to let Alex know when the individual is outside of Alex's parents' house, so he can give his dad, R. Anguiano, a call.

14

On July 4, 2022, Alex used Instagram to message username "777ximenaa," which is believed to be used by his sister, L. Anguiano.[6]  Alex told L. Anguiano, "Order me the Amazon uniform." L. Anguiano and Alex discussed when she would order the uniform due to the holiday (Fourth of July).  Alex also told L. Anguiano, "I got a plan" "Finna send to pick up disguised as Amazon workers." L. Anguiano told Alex, "It's hard to look for a uniform" "They don't have the logo." L. Anguiano subsequently sent Alex a screenshot of an Amazon account where the term "amazon driver uniform" was searched and various articles of clothing displayed their prices. Within the screenshot, one unknown item appeared to be located in the shopping cart. L. Anguiano then sent a second screenshot depicting an Amazon account with the search term "amazon uniform" and its search results. Alex responded by sending a screenshot of what appeared to be his efforts in searching for "Amazon driver uniform," to which L. Anguiano replied she did not find anything similar to what he sent her.

On July 7, 2022, Alex used Instagram to message an unidentified individual utilizing the Instagram username "wanted_6.2." Within the messages, Alex said, "I told him 250 so it's 250 on Friday si dios quiere [God willing]." "I am telling you dude that I told my dad to give you 250 today and that the other 250 when we score another goal." Based on the context of the conversation, my training and experience, and my experience within this investigation, I believe when Alex refers to "score another goal" he is referring to a successful alien smuggling event. I believe this message meant that Alex's dad, R. Anguiano, would pay $250 and another $250 after another successful alien smuggling event.

One day prior to W-3's arrest, on July 18, 2022, Alex used his Instagram account "activee.64" to message Valle who used the Instagram username, "turitosrt"[7] about picking

---

[6] Based on the context of the Instagram conversation, and also the comparison of her driver's license photograph and Instagram profile photograph, L. Anguiano is the user of the account with the Instagram username "777ximenaa."

[7] Agents believe Valle is the user of the "turitosrt" Instagram account as he posts various photographs of himself on the Instagram profile. Additionally, Agents served Instagram with a subpoena pertaining to the "turitosrt" account, which revealed the following phone number was utilized to create the account 702-881-5890. NCIS Analyst Larmie Svetlik conducted a query of the phone number, which revealed Valle's mother,

up the "Amazon" van which was ultimately used by W-3 to transport five illegal aliens for financial gain. Within the Instagram message conversation, Alex sent Valle a photograph of the van:



Valle told Alex, "We gotta still add the reverse horn Cause every Amazon van has em by law." Based on the conversation, I believe when the message about the horn was sent, Alex and Valle were discussing what else they needed to do in order to get the van ready to smuggle aliens.

On July 19, 2022, Alex messaged Valle, "Wake up. Im getting in trouble. Sepi on me. Where is the driver for van." I believe when Alex said, "Im getting in trouble. Sepi on me" he was referring to a co-conspirator, "Sepi," involved in the transportation of IAs. I believe when Alex said, "Where is the driver for van," he was asking where the driver to transport IAs in the van was at. Valle messaged Alex back and asked, "Where's the van?" Alex responded,

Akimi Rodriguez was the subscriber. Additionally, Valle is a Jr. and typically goes by the name Arturito, meaning little Arturo, which is similar to the "turito" in the name of the Instagram account.

"It's at my dads My house!!!"[8] I believe when Alex said that the van is "at my dads My house" that he thought the van was at 730 E 138th Street, Los Angeles, CA.

Moreover, on W-3's phone, W-3 had screenshots of conversations he had, including with Alex, over Instagram. The screenshots showed the following conversation on or about July 19, 2022:

> Alex: He don't answer me wey
>
> W-3: 4223 west 102nd st
>
> Alex: Go there wey
>
> Alex: See if van there
>
> W-3: Rn?
>
> W-3: Aight
>
> Alex: [sends two photos of what appears to be a Amazon delivery van]
>
> Alex: I wrapped it foo
>
> Alex: No n***a[9]
>
> W-3: Oh

I believe that Alex and W-3 were discussing the van that W-3 used to transport illegal aliens on July 19, 2022. Moreover, when Alex said, "I wrapped it foo," I believe he was stating that he had the van wrapped in a vehicle wrapping to make the van look like an Amazon van.

Alex used Instagram to message an individual at Instagram username "kay2greedy." I believe kay2greedy had helped wrap the van to make it look like an Amazon van.[10] After W-

---

[8] Based on my training and experiences, Alex is utilizing his dad's house at 730 E 138th St, Los Angeles, California, for alien smuggling. For example, on December 3, 2021, Valle, using the Instagram "turitosrt", messaged Alex via Instagram, "My pollo friend called me." Alex asked, "Who." Valle responded, "That's the pollo that I picked up from your dad's house the other day fool. That one that was going to leave the next day. Me and them became homies." I know through my training and experience, human smuggler utilize various terms interchangeable for IAs, to include but not limited to chickens, pollos, and heads. I believe when Valle said, "That's the pollo that I picked up," he was referring to and IA that he "picked up" or transported.

[9] The racial slur was spelled out in the message.

[10] On or about July 18, 2022, kay2greedy had a conversation about the van. Kay2greedy sent two photos of the van, one of which showed the CA license plate 99931F3. Alex asked, "How much do I own you kens," and kay2greedy responded, "2." I believe kay2greedy meant that Alex owed $2,000. Later, kay2greedy explained, "I had to buy a third roll because it's the extra extra big sprinter so I'm 2200 in it so far." I believe

3 was arrested, kay2greedy and Alex had a conversation regarding payment. Kay2greedy said, "Lemme get 5 and we can call it even." I believe "5" meant $5,000. Alex and kay2greedy proceeded to discuss the payment:

> Alex: You good bro I'll give the bread 🤝 🙏
>
> Kay2greedy: Yeah bro please
>
> Kay2greedy: Can I pass by ? I'm stepping out of town today
>
> Kay2greedy: ?
>
> Alex: just hit my sis to see if she could send you 5 that's reasonable the shit I
>
> don't have any money at home they moved everything when they took the van

When Alex said, "you good bro I'll give the bread," I believe he was telling kay2greedy that he would pay. I believe Kay2greedy's messages regarding "stepping out of town," were kay2greedy telling Alex that they would be going out of town. These messages indicate that kay2greedy wanted to get paid. When Alex said "just hit my sis if she could send you 5," I believe Alex was telling kay2greedy that he just reached out to his sister to see if she could give kay2greedy the $5,000.[11]

On August 9, 2022, Alex used Instagram to message an individual at Instagram username "forgivable2.0." Alex told forgiveable2.0 another smuggling organization was going to Alex's dads house to take money and let an IA go. "They kidnap my bosses nephew. The foos who cut they going to take away money from my dad n let guy go. Oscars helping." Bush responded, "Think someone will notice if I pull a ar and gun out on them." I believe "ar"

---

the "roll" was in reference to materials that were used to wrap the van to make it look like an Amazon branded van. I further believe "so I'm 2200 in it so far," was kay2greedy explaining that kay2greedy had put in $2,200 worth of materials and/or work into the van.

[11] Other messages also indicate that Alex's is involved in the alien smuggling conspiracy. For example, on or about May 19, 2020, Alex messages an individual on Instagram with the username, "kknnuubb" and asks, "Kno who can drive rnrn for 1200$ a pop." I believe this message was asking who could drive IAs right now for $1,200 per person. Kknnuubb indicates willingness to do it themself, and asks, "Who gon pay me when I'm back and how many heads ?" I believe kknnuubb was asking who was going to pay him for the IA transportation and how many IAs would there be to transport. Alex responds, "My sis bro and 2-3." I believe when Alex says, "my sis bro" he means that his sister would be the one to pay kknnuubb, and when Alex says "2-3," I believe he was saying there would be 2 to 3 IAs to transport.

meant assault rifle." Alex encouraged Bush to take a firearm to his dad's house, "Foo plz so my pops won't be alone." Furthermore, Alex informed Bush, another individual he requested go to his dad's house, also had a "blower." Based on my training and experience, I know a blower to be a word for a firearms. Bush asked Anguiano if "they got straps?" To which Anguiano replied, "Yea they do." I know from my training and experience human smuggling organizations attempt to steal IAs from other human smuggling organizations, in order to turn the IAs into their family members and claim the profits themselves. Additionally, I know through my training and experience and discussions with other law enforcement experienced in alien smuggling investigations, that human smugglers utilize firearms to defend themselves against the other human smuggling organizations attempting to steal the IAs for profit. I believe these messages indicate Alex's and R. Anguiano's invovlement in alien smuggling.

     *5.    Pole Camera Footage Shows R. Anguiano is Involved in Alien Smuggling*

     I know through my review of NCIS Technical Agent Brendon Laturno's report, on September 1, 2022, NCIS Technical Agent Brendon Laturno installed a pole camera within the vicinity of 730 E 138th Street, Los Angeles, CA, where R. Anguiano, L. Anguiano, and Gutierrez live. A photo of the house at 730 E 138th Street, Los Angeles, CA is shown here for reference:



The pole camera has the capability to not only broadcast a live feed, but also store historical footage that can be viewed at a later date. SBPA Juan (SBPA) Avalos has access to the live video feed and the historical pole camera footage and he has watched/reviewed the pole camera footage and observed several occasions activity he believed to be consistent with alien smuggling activity at 730 E 138th Street, Los Angeles, CA.

Based on my review of SBPA Avalos's report, I know SBPA Avalos observed activity consistent with alien smuggling on January 30, 2023, at approximately 11:55 PM. SBPA Avalos reported the following:

      a.     A Hispanic male, believed to be R. Anguiano, was observed driving a dark colored truck approaching 730 E 138th Street. The truck was later discovered to be a 2016 Chevrolet Silverado bearing CA/73839E3, which is registered to Gutierrez at 730 E 138th Street. R. Anguiano was observed exiting the vehicle with five other individuals who appeared to be standing around waiting to follow R. Anguiano. R. Anguiano walked into the house at 730 E 138th Street, opened the front gate, and pointed for the five subjects to enter the property. All five subjects are observed via the pole camera entering the house.

      b.     The same Hispanic male, believed to be R. Anguiano, was observed leaving 730 E 138th Street in a different vehicle.

Based on my review of SBPA Avalos's report, on January 31, 2023, at approximately 12:20 AM, SBPA Avalos observed, the Hispanic male, believed to be R. Anguiano, returning and entering the house at 730 E 138th Street carrying white paper bags, which appeared to be take-out food.

      a.     At approximately 1:00 AM, a small sedan was observed parking in front of 730 E 138th Street, and two individuals exited the vehicle and approached the house. The two individuals waited a few minutes, opened the front gate, and then entered the house.

      b.     At approximately 1:05 AM, the two individuals are observed exiting the house followed by what appeared to be two other individuals. All four subjects left from the house and entered the aforementioned sedan.

c.      At approximately 6:31 AM, a black Chevrolet SUV was observed parking in front of 730 E 138th Street. A single individual exited the vehicle and approached the house. At that time, the individual was met by an individual that exited the house at 730 E 138th Street and opened the property gate. Both individuals then entered the house.

d.      At approximately 6:37 AM, the driver of the black SUV was observed exiting the house at 730 E 138th Street followed by another individual carrying a couple of bags. Both individuals entered the black SUV and left.

e.      At approximately 9:45 PM, a sedan was observed double-parked in front of the house at 730 E 138th Street. The driver exited the vehicle and approached the house. The individual waited a few minutes, opened the gate, and entered the house.

f.      At approximately 9:50 PM, the sedan driver exited the house, followed by another individual carrying a bag. Both individuals entered the sedan and left.

SBPA Avalos indicated that the five initial individuals who were picked up by the driver of the Chevy Silverado, (believed to be R. Anguiano), who entered the house at 730 E 138th Street were possible IAs, and that other individuals subsequently came to the house at 730 E 138th Street and picked up some of the IAs.

SBPA Avalos also reported observing the following activity consistent with alien smuggling on February 2, 2023:

a.      At approximately 4:04 AM, a male exited the house at 730 E 138th Street and entered a black Silverado truck.[12] At approximately 4:06 AM, the black Silverado departed the area.

b.      At approximately 4:16 AM, the black Silverado returned to the house at 730 E 138th Street accompanied by a small sedan. The male driver of the Silverado, believed to be R. Anguiano, exited the truck, which was double parked at the time, and approached the sedan from the passenger side. According to SBPA Avalos, it appeared R. Anguiano gave the driver of the sedan instructions to move his vehicle, as the driver of the sedan re-parked the

---

[12] The black Silverado was previously identified as bearing California license plate: 73839E. Database queries revealed the license plate to be registered to Cristina Gutierrez at 730 E 138th Street.

vehicle shortly after the interaction. R. Anguiano subsequently unlocked the gate at the house and entered the house at 730 E 138th Street.

   c. At approximately 4:20 AM, the male driver of the Silverado, believed to be R. Anguiano, exited the house at 730 E 138th Street, turned off the front porch light, and returned to the passenger side of the sedan. R. Anguiano appeared to have a short conversation with the driver of the sedan. R. Anguiano then opened the passenger door of the sedan and escorted two individuals out of the sedan. The two individuals who exited the sedan and R. Anguiano subsequently entered the house at 730 E 138th Street. The driver of the sedan never exited the vehicle and drove off immediately after the two individuals exited the vehicle. I know through my training and experience it is common for drivers of IAs to drop off the IAs to stash or drop houses and immediately leave the area.

   d. At approximately 4:30 AM, the driver of the Silverado, believed to be R. Anguiano, returned to the truck, and re-parked it across the street and subsequently returned to the house at 730 E 138th Street.

   e. At approximately 12:01 PM, a two-door Toyota Tacoma parked in front of the house at 730 E 138th Street. The driver of the Tacoma exited the truck and entered the house at 730 E 138th Street. At approximately 12:09 PM, the driver of the Tacoma and another male who emerged from the side/back of the house at 730 E 138th Street entered into the Tacoma. The Tacoma subsequently left the vicinity.

   f. At approximately 12:28 PM, a male individual emerged from the side/back of the house at 730 E 138th Street and met with another individual who exited the front of the house. Both individuals walked towards the driver's side of a grey Kia SUV[13] that was parked in front of the house. The driver of the Kia SUV then gestured to the other individual, who was carrying a white bag, to go to the passenger side of the vehicle. Both individuals got into the vehicle and left the vicinity.

---

[13] The grey Kia SUV was previously identified through pole camera footage. Database queries showed the Kia as being registered to R. Anguiano and Gutierrez at 730 E 138th Street.

Based on my review of BPA Alexandru Nicolescu's report, I know BPA Nicolescu observed the following activity, involving a Honda Civic, consistent with alien smuggling on February 24, 2023:

a.     At approximately 9:02 AM, BPA Nicolescu observed a blue Honda Civic arrive at 730 E. 138th Street and park across the street. No one exited the vehicle. About twelve minutes later, the driver of the Honda Civic re-parked directly in front of the house at 730 E. 138th Street. A male believed to be R. Anguiano, exited the house at 730 E. 138th Street, and approached the Honda Civic and spoke to the driver and passenger in the car. Then, the male individual went back into the house at 730 E. 138th Street. About two minutes later, the male individual exited the house at 730 E. 138th Street and appeared to tell the driver of the Honda Civic to repark, and the male driver of the Honda Civic and the female passenger go inside the house at 730 E. 138th Street with the male individual.

b.     At approximately 9:24 AM, the male driver and the female passenger exited the house at 730 E. 138th Street. This time, they are accompanied by a different male individual who is carrying a small bag. The female passenger opens the front passenger door and allows the male individual to sit in the front passenger seat. The female passenger gets in the back seat. The driver enters the Honda Civic, and all three leave.

c.     The Blue Honda has been identified as a 2020 Civic, bearing California license plate number 8TNJ199, registered to Witness 14 (W-14), out of Huntington Beach, California.

BPA Nicolescu also reported observing the following activity involving a GMC consistent with alien smuggling on February 24, 2023:

a.     At approximately 9:18 AM, a black GMC SUV parked across the street from the house at 730 E. 138th Street. About three minutes later, the male driver exited the car, crossed the street, and stood outside of the house at 730 E. 138th Street. While waiting outside the house, it appeared that the male driver was on the phone.

b.     At approximately 9:26 AM, the GMC entered the house at 730 E. 138th

Street through the gated driveway. An individual from the house closed the gate behind the GMC.

        c.    At approximately 9:32 AM, two individuals appeared to enter the GMC. A male opened the driveway gate, and the GMC left 730 E. 138th Street.

BPA Nicolescu also reported observing the following activity involving a Ford F-150 consistent with alien smuggling on February 24, 2023:

        a.    At approximately 9:59 AM, a Ford F-150 passed the house at 730 E. 138th Street, then turned around, and parked in front of the house at 730 E. 138th Street. About two minutes later, a female passenger, who appeared to have gotten off the phone, exited the truck, and entered the house at 730 E. 138th Street. The driver of the truck did not exit.

        b.    At about 10:04 AM, the female left the house at 730 E. 138th Street with a male individual. The female opened the rear door of the Ford, allowed the male to enter, and then sat in the front passenger seat. The Ford F-150 then left.

        c.    Ford F-150 has been identified as a 2002 F-150 bearing California license plate 601AK, registered to Witness 10 (W-10) out of Victorville, California.

BPA Nicolescu indicated that, based on his observations, the activity observed at the house at 730 E. 138th Street was consistent with successful alien smuggling events.

BPA Nicolescu and I both know from our training and experience it is common for alien smuggling events to take place at night under the cover of darkness. Additionally, it is common for drivers to drop off recently smuggled IAs at stash or drop houses throughout Southern California, including in Los Angeles, CA. It is also common for IA smuggling drivers to not be familiar with stash house locations and routinely require additional instructions. Specifically in the event with the GMC, the driver of the GMC walked up to the house at 730 E. 138th Street twice, then went back to the GMC and waited for instructions before parking inside in the driveway of the house at 730 E. 138th Street.

On April 3, 2023, Supervisory Special Agent Juan Avalos reported observing the following activity:

1    a.    At 10:27 P.M., a white sedan stopped in front of the house at 730 E. 138th

2 Street.

3    b.    Approximately two minutes later, a male,[14] believed to be R. Anguiano,

4 exited the house at 730 E. 138th Street and approached the white Sedan. The male was

5 observed speaking to the driver of the sedan and reaching over to hand the driver something.

6 SBPA Avalos advised that the male's action was consistent with other previous observations

7 and SBPA Avalos, based on his training and experience, believes this action was R. Anguiano

8 was paying load drivers after completing a successful alien smuggling operation.

9    *6.    Follow-up Investigation Based on Poll Camera Footage*

10    On March 9, 2023, Border Patrol Agents interviewed Witness 11 (W-11), who had

11 picked up an individual from the house at 730 E. 138th Street on February 24, 2023, in a Ford

12 F150 with California license plate 601AK (disabled plate). W-11, in the presence of her

13 husband, said:

14    a.    W-11 was born in Guadalajara, Jalisco, Mexico. However, she obtained

15 her United States citizenship about four or five years ago.

16    b.    W-11 said that she was asked to pick up a young man by an individual

17 named, Jose. Jose asked W-11 if she could do him a favor and go to Los Angeles, California,

18 and bring him back to Victorville, California. W-11 said that Jose is a friend that works as a

19 gardener.

20    c.    W-11 said that Jose gave her an address of where to go (730 E. 138th

21 Street). W-11 said that she was not going to charge Jose anything for picking up the individual,

22 and that they only asked for $100 for gas. W-11 looked at her cellphone map and see the

23 address they drove to was 730 E. 138th Street, Los Angeles.

24    d.    W-11 said they arrived at the house in the morning, she knocked, and asked

25 for the young man. W-11 could not remember if the young man was named Rodrigo or

26 Ramiro.

27

[14] SBPA Avalos had been observing the property for several hours and noticed, during daylight hours, that a male subject resembling R. Anguiano was the only male observed coming in and out of the house.

e.      W-11 said inside the house there was a man and a woman, and she was told to sit. W-11 described the man as being about 50 to 55 and Mexican. The man told her to come into the house. W-11 waited in the living room that was located near the entrance, the man went out to the back, and then brought back the young man and gave him to W-11.

f.      W-11 said the woman was about 50 years old and Mexican. W-11 said W-11 handed an envelope with approximately $9,000 to $10,000 USD to the woman. Agents asked W-11 whether the $9,000 to $10,000 was to have the young man crossed illegally from Mexico into the United States. W-11 responded, "Yes, I think so, that is what they paid." W-11 admitted that the young man that she picked up was illegally present. W-11 said she was in the house for less than five minutes.

g.      W-11 said that she thinks the man and the woman in the house at 730 E. 138th Street are a married couple and that they live at the house at 730 E. 138th Street. She also stated they spoke Spanish. W-11 said she did not see anyone else besides them in the house.

h.      W-11 could not identify anyone from the house in a photographic lineup.

i.      W-11 was shown a photograph of the house at 730 E. 138th Street and asked if that was the house that she went to, to which W-11 stated, "Yes."

W-11's husband, W-10, was also asked questions. He said everything was done through W-11 and that W-11 told him where to go and what they were doing. W-10 also admitted that they knew they were picking up someone that had recently illegally crossed the border because W-11 had told him.

**D.    Conclusion**

In light of the foregoing, I submit that there is probable cause to find that Alex, R. Anguiano, Gutierrez, and Valle participated in a conspiracy to transport certain aliens.

## **REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this Complaint, including the probable

cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant(s) to flee and may cause destruction of evidence and may have a negative impact of this continuing investigation.